An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL DAVID FOWLER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68016

**FILED**

NOV 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying a second postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Appellant filed his postconviction petition on January 22, 2015, approximately 19 years after issuance of remittitur on direct appeal on May 21, 1996. *Fowler v. State*, Docket No. 27377 (Order Dismissing Appeal, May 1, 1996). Therefore, the petition was untimely filed. *See* NRS 34.726(1). Additionally, appellant's petition was successive as he previously sought postconviction relief.[2] *See* NRS 34.810(1)(b)(2). His petition was procedurally barred absent a demonstration of good cause and actual prejudice. *See* NRS 34.726(1); NRS 34.810(1)(b); NRS

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]*Fowler v. State*, Docket No. 44259 (Order of Affirmance, February 15, 2005).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34608

34.810(3). Because appellant failed to demonstrate good cause to overcome the procedural default, we conclude that the district court did not err by denying his petition. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc: Hon. Jennifer P. Togliatti, District Judge
Paul D. Fowler
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A